In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00415-CR
_____

FREDRICK KISER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 19-31188

## MEMORANDUM OPINION

On September 16, 2019, the trial court sentenced Fredrick Kiser on a conviction for theft. Kiser filed a notice of appeal on October 25, 2019. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On November 12, 2019, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 17, 2019
Opinion Delivered December 18, 2019
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.